UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maurice Wilburn,

Plaintiff,

vs.

The City of Minneapolis; William Woodis and James Lynch, acting in their individual capacities as Minneapolis police officers; and John Doe and Richard Roe, unknown officers acting in their individual capacities as Minneapolis police officers,

Defendants.

Case No. 01-2113(ADM/SRN)

STIPULATION AND ORDER AMENDING NOTICE OF SETTLEMENT CONFERENCE

Dwayne Keith Hickman,

Plaintiff,

vs.

Robert Kroll; William Woodis; John Does I to IV; and the City of Minneapolis,

Defendants.

Case No. 01-2172(ADM/SRN)

WHEREAS, a Settlement Conference is scheduled in the above-captioned case for August 20, 2002; and

WHEREAS, scheduling conflicts on the part of all of the lawyers have necessitated the depositions being scheduled for the first two weeks of September, 2002; and

WHEREAS, the parties have now set up fifteen separate depositions from September 5-13, 2002; and

WHEREAS, the Settlement Conference will not be meaningful without the benefit of the depositions;

FILED JUL 1 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY STIPULATED AND AGREED TO by the parties to the above-captioned action, by and through their respective undersigned counsel, that:

1. The Settlement Conference be rescheduled to a date sixty days after the previously-scheduled Settlement Conference on August 20, 2002.

Dated: May 30, 2002

FLYNN, GASKINS & BENNETT, L.L.P.

By: ______________________
Robert Bennett (6713)
Eric Hageman (258180)
*Attorneys for Plaintiff Maurice Wilburn*
333 South Seventh Street, Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9542

Dated: May 31, 2002

By: ______________________
Frederick J. Goetz (185425)
*Attorney for Plaintiff Dwayne Keith Hickman*
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 784-1552

Dated: July 12, 2002

JAY M. HEFFERN, City Attorney

By: ______________________
James A. Moore (16883X)
Assistant City Attorney
*Attorneys for Defendants*
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED:

1. That the Settlement Conference on August 20, 2002, is hereby postponed until October 22, 2002, at 9:30 a.m. An Amended Order for Settlement Conference will follow.

Dated: July 15, 2002

Susan Richard Nelson
U.S. Magistrate Judge