**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Maurice Wilburn,**

**Plaintiff,**

**vs.**

**The City of Minneapolis; William Woodls and James Lynch, acting in their individual capacities as Minneapolis police officers; and John Doe and Richard Roe, unknown officers acting in their individual capacities as Minneapolis police officers,**

**Defendants.**

**Court File No.: 01-2113 (ADM/SRN)**

**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties, by and through their undersigned attorneys of record, having hereby stipulated that the Court may dismiss Plaintiffs' Complaint with prejudice and without costs to either party.

Dated: 12/27/02

[signature]
FLYNN, GASKINS & BENNETT, L.L.P.
By
Robert Bennett (6713)
Eric Hageman (258180)
333 South Seventh, Suite 2900
Minneapolis, MN 55405
(612) 333-9542

Attorneys for Plaintiff

Dated: 12/27/02

[signature: James A. Moore]
JAY M. HEFFERN
Minneapolis City Attorney
By
JAMES A. MOORE
Attorney Reg. No. 16883X
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402-2453

Attorneys for Defendants

FILED 1-6-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-6-03
DEPUTY CLERK

**ORDER**

The above-captioned matter having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement pursuant to Minn. Stat. § 466.08, the Court hereby approves the settlement of the case and Orders the case dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: January 3, 2003

Ann D. Montgomery
Judge of District Court